UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00013-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.  CHRISTY ANN HULL,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict with a criminal trial, the Change of Plea Hearing set for Monday, September 12, 2011, at 2:30 p.m. is **VACATED** and **RESET** to **Thursday, October 13, 2011, at 11:00 a.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

      Dated:  August 31, 2011